UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KAYLEE WEISENBERG,

    Petitioner,

v.

DEBORAH K. JOHNSON,

    Respondent.

NO. CV 15-8056-MWF (AGR)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 27, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge